U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 1 5 2005

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ANTHONY LEON GREENHILL      CIVIL ACTION NO. 05-1378-A

VS.      SECTION P

FREDERICK MENIFEE, WARDEN      JUDGE DRELL

     MAGISTRATE JUDGE KIRK

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of habeas corpus (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted;

**IT IS FURTHER ORDERED** that petitioner's "Rule 60(b)" Motion [Doc. 1-4] be **DENIED**;

**IT IS FURTHER ORDERED** that petitioner's "Motion for Documents" [Doc. 7] be **DENIED**.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this _14th_ day of _November_, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE